# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

BRAZSKA MILLER,

       Petitioner,              Case Number: 06-CV-12032

v.                                         HON. GERALD E. ROSEN

CORRECTIONAL MEDICAL SERVICES,
ET AL.,

       Respondent.
_____/

## JUDGMENT

    IT IS ORDERED AND ADJUDGED that pursuant to this Court's Order of Summary Dismissal Without Prejudice, dated   June 8, 2006  , this cause of action is DISMISSED WITHOUT PREJUDICE.

    Dated at Detroit, Michigan this 8th day of June, 2006.

                                          DAVID J. WEAVER
                                          CLERK OF THE COURT

                       BY:    s/LaShawn R. Saulsbery

APPROVED:

s/Gerald E. Rosen
GERALD E. ROSEN
UNITED STATES DISTRICT JUDGE